**Opinions of the United States Court of Appeals for the Third Circuit**



12-23-2004

# Pascack Valley Hosp v. Local 464A UFCW

Precedential or Non-Precedential: Precedential

Docket No. 03-4196

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Pascack Valley Hosp v. Local 464A UFCW" (2004). *2004 Decisions.* Paper 8.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/8

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Case No: 03-4196
_____

PASCACK VALLEY HOSPITAL, INC.;

Appellant,

v.

LOCAL 464A UFCW WELFARE REIMBURSEMENT PLAN

On Appeal From The United States District Court
For The District Of New Jersey
(Civ. A. No. 02-CV-05974)

District Judge: The Honorable Dennis M. Cavanaugh
_____

Before: ALITO, SMITH, and WALLACE, *Circuit Judges*[*]
_____

ORDER
_____

The captions in the Opinion and the Judgment in this case, which were filed
November 1, 2004, are hereby amended to eliminate any reference to Community
Medical Center, Lawrence Taylor, and Debra Saverino. The caption in this Order is
correct. The Clerk is directed to issue an amended mandate.

By the Court,

  /s/ D. Brooks Smith
Circuit Judge

DATED: 23 December 2004

_____

[*]The Honorable J. Clifford Wallace, Senior Circuit Judge for the United States Court of Appeals
for the Ninth Circuit, sitting by designation